**Electronically Filed
Supreme Court
SCEC-12-0000714
19-OCT-2012
10:38 AM**

NO. SCEC-12-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KHISTINA CALDWELL DEJEAN, Plaintiff,

vs.

SCOTT NAGO, Chief Election Officer, Office of Elections,
State of Hawai'i; and DAVID M. LOUIE, Attorney General,
State of Hawai'i, Defendants.

---

ORIGINAL PROCEEDING

<u>ORDER</u>

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the document entitled "Motion to Move Mayor 2012 Election Case to United States Supreme Court", which was filed by Plaintiff Khistina Caldwell DeJean on October 5, 2012, and the record,

IT IS HEREBY ORDERED that the motion is dismissed.

DATED: Honolulu, Hawai'i, October 19, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

